**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA,
ORANGE COUNTY, DENVER
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

July 5, 2007

Writer's Direct Contact
212.506.7241
WKuhne@mofo.com

By Overnight Delivery

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1050
New York, NY 10007

*So ordered*
*7.6.07*
*[signature] AKHellerstein*

Re: *Cerami v. Novartis AG et al.*, Case No. 07-CIV-5634

Dear Judge Hellerstein:

Pursuant to Rule 1.D. of Your Honor's Individual Rules, Defendant Novartis Vaccines and Diagnostics, Inc., hereby requests an extension until August 13, 2007, to answer, move, or otherwise respond to the complaint of Dr. Anthony Cerami in the above-captioned action.

The original date for Novartis Vaccines and Diagnostics, Inc. to answer, move, or otherwise respond to the complaint is July 12, 2007. This is Novartis Vaccines and Diagnostics, Inc.'s first request for an extension of time to answer, move, or otherwise respond to the complaint. Counsel for Dr. Cerami consents to this extension of time. No other dates have been scheduled with respect to this action.

Respectfully submitted,

William Kuhne

William Kuhne

cc: Barry J. Brett, Esq.

ny-763253