MORRISON & FOERSTER LLP
William Kuhne
1290 Avenue of the Americas
New York, NY  10104-0050
212.468.8000
Attorneys for Defendant
Novartis Vaccines and Diagnostics, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
DR. ANTHONY CERAMI,

               Plaintiff,

      -against-

NOVARTIS AG and NOVARTIS VACCINES AND DIAGNOSTICS, INC.,

               Defendants.
------------------------------------------------------------------ x

1:07-CV-05634-AKH-DFE

**RULE 7.1 STATEMENT**

**ECF CASE**

      Pursuant to Federal Rule of Civil Procedure 7.1, defendant Novartis Vaccines and Diagnostics, Inc. ("V&D") states that it is an indirect, wholly-owned subsidiary of Novartis AG.

Dated: New York, New York
       August 13, 2007

                                  MORRISON & FOERSTER LLP

                                  By: _s/ William J. Kuhne_____
                                      William J. Kuhne
                                  1290 Avenue of the Americas
                                  New York, New York 10104-0050
                                  (212) 468-8000

                                  Attorneys for Defendant
                                  Novartis Vaccines and Diagnostics, Inc.

ny-769478