MORRISON & FOERSTER LLP
William J. Kuhne
1290 Avenue of the Americas
New York, NY 10104-0050
212.468.8000
Attorneys for Defendant
Novartis Vaccines and Diagnostics, Inc.

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
DR. ANTHONY CERAMI,                : 1:07-CV-05634-AKH-DFE
                                   :
                    Plaintiff,     :
                                   :
         -against-                 : **MOTION TO ADMIT**
                                   : **COUNSEL *PRO HAC VICE***
NOVARTIS AG and NOVARTIS VACCINES AND :
DIAGNOSTICS, INC.,                 :
                                   :
                    Defendants.    :
-------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Southern and Eastern Districts of New York, I, William J. Kuhne, a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Applicant's Name:    Rachel Krevans
    Firm Name:    Morrison & Foerster LLP
    Address:    425 Market Street
    City/State/Zip:    San Francisco, California 94105-2482
    Phone Number:    (415) 268-7000
    Fax Number:    (415) 268-7522

ny-772404

Ms. Krevans is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against Ms. Krevans in any State or Federal court.

Dated: New York, NY  
       August 27, 2007

MORRISON & FOERSTER LLP

By: _____  
William J. Kuhne  
1290 Avenue of the Americas  
New York, NY 10104-0050  
(212) 468-8000

*Attorneys for Defendant*  
Novartis Vaccines and Diagnostics, Inc.

2

ny-745811

MORRISON & FOERSTER LLP
William J. Kuhne
1290 Avenue of the Americas
New York, NY 10104-0050
212.468.8000
Attorneys for Defendant
Novartis Vaccines and Diagnostics, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DR. ANTHONY CERAMI,

                Plaintiff,

-against-

NOVARTIS AG and NOVARTIS VACCINES AND DIAGNOSTICS, INC.,

                Defendants.

------------------------------------------------------------x

1:07-CV-05634-AKH-DFE

**AFFIDAVIT OF WILLIAM J. KUHNE IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK )

WILLIAM J. KUHNE, being duly sworn, deposes and says:

    1.    I am a partner at Morrison & Foerster LLP, counsel for Defendant Novartis Vaccines and Diagnostics, Inc. in the above-entitled action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Novartis Vaccines and Diagnostics, Inc.'s motion to admit Rachel Krevans as counsel *pro hac vice* to represent Defendant Novartis Vaccines and Diagnostics, Inc. in this matter.

    2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the State of New York on December 11, 2003. I am also admitted to the

ny-772403

bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. I have known Ms. Krevans since August 1999.

4. Ms. Krevans is a partner at Morrison & Foerster and her business address is Morrison & Foerster LLP, 425 Market Street, San Francisco, California 94105-2482.

5. I have found Ms. Krevans to be a skilled attorney and a person of integrity. She is experienced in Federal Practice and is familiar with the Federal Rules of Procedure.

6. Ms. Krevans is a member in good standing of the bar of the State of California, to which she was admitted in 1984. A Certificate of Good Standing, issued within 30 days of the date set forth below, confirming that Ms. Krevans is a member in good standing of the State Bar of California, is attached hereto as Exhibit A.

7. I respectfully submit a proposed order granting the admission of Ms. Krevans, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE, I respectfully request that Ms. Krevans be admitted *pro hac vice* to the bar of this Court for purposes of this action.

_____
William J. Kuhne

Sworn to before me this
27th day of August, 2007

_____
Notary Public

JEFFREY J. POULIOT
Notary Public, State of New York
No. 4970751
Qualified in New York County
Commission Expires October 29, 20 10

2

ny-772403



**THE STATE BAR OF CALIFORNIA**

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

August 21, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RACHEL KREVANS, #116421 was admitted to the practice of law in this state by the Supreme Court of California on December 15, 1984; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Kath Lambert*
Kath Lambert
Custodian of Membership Records

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
DR. ANTHONY CERAMI,

                Plaintiff,

-against-

NOVARTIS AG and NOVARTIS VACCINES AND
DIAGNOSTICS, INC.,

                Defendants.
-----------------------------------------------------------------x

1:07-CV-05634-AKH-DFE

**ORDER FOR ADMISSION
*PRO HAC VICE* ON
WRITTEN MOTION**

Upon the motion of William J. Kuhne, attorney for defendant Novartis Vaccines and Diagnostics, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBEY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Rachel Krevans |
| Firm Name: | Morrison & Foerster LLP |
| Address: | 425 Market Street |
| City/State/Zip: | San Francisco, California 94105-2482 |
| Phone Number: | (415) 268-7000 |
| Fax Number: | (415) 268-7522 |

is admitted to practice *pro hac vice* as counsel for defendant Novartis Vaccines and Diagnostics, Inc., in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

ny-772402

nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2007
      New York, NY

                        SO ORDERED:

                        _____
                        Hon. Alvin K. Hellerstein
                        United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. ANTHONY CERAMI,<br><br>                                 Plaintiff,<br><br>              -against-<br><br>NOVARTIS AG and NOVARTIS VACCINES AND DIAGNOSTICS, INC.,<br><br>                                Defendants. | Civil Action No. 1:07-CV-05634-AKH-DFE<br><br>**CERTIFICATE OF SERVICE** |

       I hereby certify that on August 27, 2007 I caused to be served a true and complete copy of Novartis Vaccines and Diagnostics, Inc.'s Motion to Admit Counsel Pro Hac Vice and Affidavit of William J. Kuhne in Support of Motion to Admit Counsel Pro Hac Vice, dated August 27, 2007, by Hand:

Barry J. Brett, Esq.
Troutman Sanders LLP
The Chrysler Building
405 Lexington Avenue
New York, New York  10174
*Attorneys for Plaintiff, Dr. Anthony Cerami*

                                                       _____
                                                       Atiya Abdullah

ny-772479