USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

DR. ANTHONY CERAMI,

                Plaintiff,

-against-

NOVARTIS AG and NOVARTIS VACCINES AND
DIAGNOSTICS, INC.,

                Defendants.

-----------------------------------------------------------------x

1:07-CV-05634-AKH-DFE

**ORDER FOR ADMISSION**
***PRO HAC VICE* ON**
**WRITTEN MOTION**

Upon the motion of William J. Kuhne, attorney for defendant Novartis Vaccines and Diagnostics, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBEY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Rachel Krevans |
| Firm Name: | Morrison & Foerster LLP |
| Address: | 425 Market Street |
| City/State/Zip: | San Francisco, California 94105-2482 |
| Phone Number: | (415) 268-7000 |
| Fax Number: | (415) 268-7522 |

is admitted to practice *pro hac vice* as counsel for defendant Novartis Vaccines and Diagnostics, Inc., in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

ny-772402

nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____Sep 5_____, 2007
New York, NY

SO ORDERED:

Hon. Alvin K. Hellerstein
United States District Judge

2

ny-772402