Michael J. Friedman
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York
Tel:   (212) 294-6700
Fax:   (212) 294-4700
Counsel for Abbott Laboratories


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DR. ANTHONY CERAMI,

               Plaintiff,

          - against -

NOVARTIS AG and NOVARTIS VACCINES
AND DIAGNOSTICS, INC.,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

:   1:07-CV-05634-AKH-DFE

:   **NOTICE OF APPEARANCE**


      PLEASE TAKE NOTICE, that Winston & Strawn LLP hereby appears as counsel for Abbott Laboratories, a proposed intervenor in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Dated:  New York, New York
       November 16, 2007

                                   Respectfully submitted,

                                 /s/ Michael J. Friedman
                                 Michael J. Friedman
                                 WINSTON & STRAWN LLP
                                 200 Park Avenue

CHI:2008301.1

New York, New York  
Tel:   (212) 294-6700  
Fax:   (212) 294-4700  

*Counsel for Abbott Laboratories*

TO:    Barry Brett, Esq.  
Troutman Sanders LLP  
405 Lexington Avenue  
New York, NY 10174  

*Counsel for Dr. Anthony Cerami*

William Kuhne, Esq.  
MORRISON FOERSTER  
1290 Avenue of the Americas  
New York, NY 10104  

*Counsel for Novartis AG et al.*

-2-  
**CHI:2008301.1**

**CERTIFICATE OF SERVICE**

  I, Kevin E. Warner, hereby certify that on this day, November 16, 2007, I caused a true and correct copy of the foregoing document to be served via e-mail upon the following:

Barry Brett, Esq.
Troutman Sanders, LLP
405 Lexington Avenue
New York, NY 10174
Barry.brett@troutmansanders.com

*Counsel for Dr. Cerami*


William Kuhne, Esq.
Morrison Foerster
1290 Avenue of the Americas
New York, NY 10104-0050
WKuhne@mofo.com

*Counsel for Novartis AG and*
*Novartis Vaccines & Diagnostics*


          ___/s/ Kevin E. Warner_____
             Kevin E. Warner