Michael J. Friedman
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York
Tel:  (212) 294-6700
Fax:  (212) 294-4700
Counsel for Abbott Laboratories

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |  |
|---|---|---|
| DR. ANTHONY CERAMI, | : | 1:07-CV-05634-AKH-DFE |
|  | : | **RULE 7.1 STATEMENT** |
| Plaintiff, |  |  |
|  | : |  |
| - against - |  |  |
|  | : |  |
| NOVARTIS AG and NOVARTIS VACCINES AND DIAGNOSTICS, INC., | : |  |
| Defendant. | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for proposed intervenor ABBOTT LABORATORIES (a private non-governmental party) certifies that ABBOTT LABORATORIES is a publicly held corporation.

Dated: New York, New York
       November 19, 2007

WINSTON & STRAWN LLP

/s/ Michael J. Friedman
Michael J. Friedman
200 Park Avenue
New York, New York
Tel:  (212) 294-6700
Fax:  (212) 294-4700

*Counsel for Abbott Laboratories*

**NY:1148184.1**