UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DR. ANTHONY CERAMI,

                Plaintiff,

- against -

NOVARTIS AG and NOVARTIS VACCINES
AND DIAGNOSTICS, INC.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**Electronically Filed**

1:07-CV-05634 (AKH) (DFE)

**STATEMENT OF
DELAYED ECF-FILING**

    The electronic filing of the foregoing document was delayed by the SDNY ECF service interruption from Friday, November 16, 2007, at 6:00 PM until Monday, November 19, 2007 at approximately 10:00 AM.

                                          Respectfully Submitted,

                                          /s/ Michael J. Friedman
                                          Michael J. Friedman
                                          WINSTON & STRAWN LLP
                                          200 Park Avenue
                                          New York, New York
                                          Tel: (212) 294-6700
                                          Fax: (212) 294-4700

                                          *Counsel for Abbott Laboratories*