UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DR. ANTHONY CERAMI,

                Plaintiff,

         - against -

NOVARTIS AG and NOVARTIS VACCINES
AND DIAGNOSTICS, INC.,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

1:07-CV-05634-AKH-DFE

**DECLARATION OF KEVIN E. WARNER IN SUPPORT OF PROPOSED INTERVENOR ABBOTT LABORATORIES' MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF REQUESTING A PROTECTIVE ORDER**

      Kevin E. Warner hereby declares as follows under penalty of perjury:

      1.      I am an attorney at law of the State of Illinois associated with Winston & Strawn LLP, counsel for Abbott Laboratories ("Abbott").  I have personal knowledge of the facts set forth herein.

      2.      This Declaration is submitted in support of Abbott's Motion to Intervene for the Limited Purpose of Requesting a Protective Order.

      3.      Attached hereto as Exhibit "A" is a true copy of Abbott's Proposed Protective Order in this matter.

      4      Attached hereto as Exhibit "B" is a true copy of the Stipulated Protective Order issued in *The Rockefeller University and Chiron Corporation v. Centocor, Inc. and Abbott Laboratories*, No. 2:04-168 (TJW) (the "Texas litigation").

2

5. Attached hereto as Exhibit "C" is what is based on my best information and belief a true copy of Novartis Vaccines And Diagnostics, Inc.'s Initial Disclosures in this action, as provided by counsel for Plaintiff Cerami.

6. Attached hereto as Exhibit "D" is a true copy of a webpage of Warren Pharmaceuticals, Inc., as it exists on this date, located at http://www.warrenpharma.com/pages/intellect.html.

7. Attached hereto as Exhibit "E" is a true copy of a webpage of Warren Pharmaceuticals, Inc., as it exists on this date, located at http://www.warrenpharma.com/pages/intellect.html.


/s/ Kevin E. Warner
Kevin E. Warner

Dated: November 16, 2007

**CERTIFICATE OF SERVICE**

I, Kevin E. Warner, hereby certify that on this day, November 16, 2007, I caused a true and correct copy of the foregoing document to be served via e-mail upon the following:

Barry Brett, Esq.
Troutman Sanders, LLP
405 Lexington Avenue
New York, NY 10174
Barry.brett@troutmansanders.com

*Counsel for Dr. Cerami*


William Kuhne, Esq.
Morrison Foerster
1290 Avenue of the Americas
New York, NY 10104-0050
WKuhne@mofo.com

*Counsel for Novartis AG and*
*Novartis Vaccines & Diagnostics*


                          ___/s/ Kevin E. Warner_____
                              Kevin E. Warner