UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

|  |  |  |
|---|---|---|
|  | : | **Electronically Filed** |
| DR. ANTHONY CERAMI, | : |  |
|  | : |  |
| Plaintiff, | : | 1:07-CV-05634 (AKH) (DFE) |
|  | : |  |
| - against - | : |  |
|  | : |  |
|  | : |  |
| NOVARTIS AG and NOVARTIS VACCINES | : | **STATEMENT OF** |
| AND DIAGNOSTICS, INC., | : | **DELAYED ECF-FILING** |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

The electronic filing of the foregoing document was delayed by the SDNY ECF service interruption from Friday, November 16, 2007, at 6:00 PM until Monday, November 19, 2007 at approximately 10:00 AM.

Respectfully Submitted,

/s/ Michael J. Friedman
Michael J. Friedman
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York
Tel: (212) 294-6700
Fax: (212) 294-4700

*Counsel for Abbott Laboratories*