Barry J. Brett, Esq.
Sharon H. Stern, Esq.
TROUTMAN SANDERS LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DR. ANTHONY CERAMI,                         :     07 Civ. 5634 (AKH)

                                Plaintiff,  :     **NOTICE OF DISMISSAL AS
                                                  TO NOVARTIS AG**

                - against -                 :

NOVARTIS AG and                             :
NOVARTIS VACCINES AND DIAGNOSTICS,          :
INC.,                                       :
                                            :
                                Defendants. :

-----------------------------------------------------------------X

   Plaintiff, Dr. Anthony Cerami, dismisses, without prejudice, all claims asserted in this

action against defendant NOVARTIS AG, and against that defendant only. The action remains

pending and is not dismissed as to any other defendant.

   Plaintiff dismisses defendant NOVARTIS AG pursuant to Rule 41(a)(1)(i) of the

Federal Rules of Civil Procedure on the grounds that this defendant has not yet served an

answer or moved for summary judgment in this action.

Dated: New York, New York
      November 15, 2007

TROUTMAN SANDERS LLP

By: _____
     Sharon H. Stern
     The Chrysler Building
     405 Lexington Avenue
     New York, New York 10174
     (212) 704-6000

     *Attorneys for Plaintiff*

U.S.D.J.
11/20/07

- 2 -