UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DR. ANTHONY CERAMI,

                Plaintiff,           Civil Action No. 07 CV 5634

   -against-                      **AFFIDAVIT OF SERVICE**

NOVARTIS AG and NOVARTIS VACCINES
AND DIAGNOSTICS, INC.,

                Defendants.
-----------------------------------------------------------X

STATE OF NEW YORK   )
                             ) ss.:
COUNTY OF NEW YORK )

        **I, WENDY ISBISTER,** being duly sworn, state:

        I am not a party to the action; am over eighteen (18) years of age; and reside in Pawling, New York.

        On **November 15, 2007,** I served a copy of a **Notice of Dismissal as to Novartis AG,** by email and by depositing a true copy of the same, enclosed in wrapper, via overnight mail under the exclusive care and custody of FedEx, addressed to the following at the last known addresses set forth below:

To:    William J. Kuhne, Esq.
        Morrison & Foerster LLP
        1290 Avenue of the Americas
        New York, New York 10104
        Email: wkuhne@mofo.com

                                                  _____
                                                       Wendy L. Isbister

Sworn to before me this
15th day of November, 2007

_____
Notary Public

AMOS ALTER
Attorney and Counselor at Law
No. 01AL5059665
Qualified in New York County
Notary Commission Exp. 15 Dec. 2010