MORRISON & FOERSTER LLP
Rachel Krevans, *admitted pro hac vice*
415 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Grant J. Esposito
William J. Kuhne
Craig B. Whitney
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Attorneys for Defendant*
*Novartis Vaccines and Diagnostics, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

DR. ANTHONY CERAMI,

                Plaintiff,

      -against-

NOVARTIS AG and NOVARTIS VACCINES
AND DIAGNOSTICS, INC.,

                Defendants.

-------------------------------------------------------------- x

07 CIV 5634-AKH-DFE

**NOTICE OF APPEARANCE**

**ECF CASE**

      PLEASE TAKE NOTICE that Grant J. Esposito of the firm of Morrison & Foerster LLP hereby appears as counsel of record for Defendant Novartis Vaccines & Diagnostics, Inc. in this action.

ny-787619          1

| | |
|---|---|
| Dated: New York, New York<br>December 4, 2007 | MORRISON & FOERSTER LLP<br><br>By:  s/ Grant J. Esposito<br>Grant J. Esposito<br>William J. Kuhne<br>Craig B. Whitney<br>1290 Avenue of the Americas<br>New York, NY  10104-0050<br>(212) 468-8000<br><br>Rachel Krevans (*pro hac vice*)<br>425 Market Street<br>San Francisco, CA 94105-2482<br>(415) 268-7000<br><br>*Attorneys for Defendant*<br>*Novartis Vaccines and Diagnostics, Inc.* |

ny-787619                                     2