MORRISON & FOERSTER LLP
Rachel Krevans, *admitted pro hac vice*
415 Market Street
San Francisco, CA 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Grant J. Esposito
William J. Kuhne
Craig B. Whitney
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900

*Attorneys for Defendant*
*Novartis Vaccines and Diagnostics, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

| | |
|---|---|
| DR. ANTHONY CERAMI, | 07 CIV 5634-AKH-DFE |
| Plaintiff, | |
| -against- | **NOTICE OF APPEARANCE** |
| NOVARTIS AG and NOVARTIS VACCINES AND DIAGNOSTICS, INC., | **ECF CASE** |
| Defendants. | |

---------------------------------------------------------------- x

PLEASE TAKE NOTICE that Craig B. Whitney of the firm of Morrison & Foerster LLP hereby appears as counsel of record for Defendant Novartis Vaccines & Diagnostics, Inc. in this action.

Dated: New York, New York  
    December 4, 2007

MORRISON & FOERSTER LLP

By: ___s/ Craig B. Whitney_____  
Grant J. Esposito  
William J. Kuhne  
Craig B. Whitney  
1290 Avenue of the Americas  
New York, NY  10104-0050  
(212) 468-8000

Rachel Krevans (*pro hac vice*)  
425 Market Street  
San Francisco, CA 94105-2482  
(415) 268-7000

*Attorneys for Defendant*  
*Novartis Vaccines and Diagnostics, Inc.*

ny-787653                    2