MORRISON & FOERSTER LLP
Rachel Krevans, *admitted pro hac vice*
415 Market Street
San Francisco, CA 94105-2482
Telephone:  (415) 268-7000
Facsimile:   (415) 268-7522

Grant J. Esposito
William J. Kuhne
Craig B. Whitney
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone:  (212) 468-8000
Facsimile:   (212) 468-7900

*Attorneys for Defendant*
*Novartis Vaccines and Diagnostics, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

DR. ANTHONY CERAMI,

               Plaintiff,

       -against-

NOVARTIS AG and NOVARTIS VACCINES
AND DIAGNOSTICS, INC.,

              Defendants.

------------------------------------------------------------------- x

07 CIV 5634-AKH-DFE

**ECF CASE**

## MOTION TO WITHDRAW OF WILLIAM J. KUHNE

      Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, William J. Kuhne hereby moves to withdraw as counsel for Novartis Vaccines & Diagnostics, Inc. in the above-captioned matter.  Mr. Kuhne will leave Morrison & Foerster LLP on December 7, 2007, and will no longer be able to represent Novartis Vaccines & Diagnostics, Inc.  Novartis Vaccines & Diagnostics, Inc. continues to be represented in this action by other attorneys at Morrison & Foerster LLP.

WHEREFORE, William J. Kuhne respectfully moves this Court for leave to withdraw from the above-captioned matter.

Dated: New York, New York
December 6, 2007

MORRISON & FOERSTER LLP

By: s/ William J. Kuhne
Grant J. Esposito
William J. Kuhne
Craig B. Whitney
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000

Rachel Krevans (*pro hac vice*)
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000

Attorneys for Defendant
*Novartis Vaccines and Diagnostics, Inc.*