MORRISON & FOERSTER LLP
Rachel Krevans, *admitted pro hac vice*
415 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Grant J. Esposito
William J. Kuhne
Craig B. Whitney
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Attorneys for Defendant*
*Novartis Vaccines and Diagnostics, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| DR. ANTHONY CERAMI, | 07 CIV 5634-AKH-DFE |
| Plaintiff, | ECF CASE |
| -against- | |
| NOVARTIS AG and NOVARTIS VACCINES AND DIAGNOSTICS, INC., | |
| Defendants. | |

-----------------------------------------------------------------x

### DECLARATION OF WILLIAM J. KUHNE
### IN SUPPORT OF MOTION TO WITHDRAW

I, William J. Kuhne, declare:

1. I submit this declaration pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York in support of the Motion to Withdraw of William J. Kuhne.

2. I will be leaving Morrison & Foerster LLP on December 7, 2007, and will no longer be able to represent Novartis Vaccines & Diagnostics, Inc. in this matter.

ny-789470

3.  Novartis Vaccines & Diagnostics, Inc. continues to be represented by other attorneys at Morrison & Foerster LLP.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on December 6, 2007, at New York, New York.

_____
William J. Kuhne

ny-789470