MORRISON & FOERSTER LLP
Rachel Krevans, *admitted pro hac vice*
415 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Grant J. Esposito
William J. Kuhne
Craig B. Whitney
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Attorneys for Defendant*
*Novartis Vaccines and Diagnostics, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DR. ANTHONY CERAMI,                  :      07 CIV 5634-AKH-DFE
                                     :
                  Plaintiff,         :      ECF CASE
                                     :
        -against-                    :
                                     :
NOVARTIS AG and NOVARTIS VACCINES    :
AND DIAGNOSTICS, INC.,               :
                                     :
                  Defendants.        :
-----------------------------------------------------------------x

*So ordered 12/7/07*
[signature]

## MOTION TO WITHDRAW OF WILLIAM J. KUHNE

Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, William J. Kuhne hereby moves to withdraw as counsel for Novartis Vaccines & Diagnostics, Inc. in the above-captioned matter. Mr. Kuhne will leave Morrison & Foerster LLP on December 7, 2007, and will no longer be able to represent Novartis Vaccines & Diagnostics, Inc. Novartis Vaccines & Diagnostics, Inc. continues to be represented in this action by other attorneys at Morrison & Foerster LLP.

December 6, 2007

By: /s/ William J. Kuhne
Grant J. Esposito
William J. Kuhne
Craig B. Whitney
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000

Rachel Krevans (*pro hac vice*)
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000

Attorneys for Defendant
*Novartis Vaccines and Diagnostics, Inc.*