UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DR. ANTHONY CERAMI,

       Plaintiff,      Civil Action No. 07 CV 5634 (AKH)

  -against-         **AFFIRMATION OF SERVICE**

NOVARTIS AG and NOVARTIS VACCINES
AND DIAGNOSTICS, INC.,

       Defendants.
------------------------------------------------------------X

  SHARON STERN, an attorney duly admitted to practice law before this Court, affirms under penalties of perjury:

  I am not a party to the action; am over eighteen (18) years of age; and reside in Cortlandt Manor, New York.

  On December 10, 2007, I served a copy of Affirmation in Opposition to Motion to Intervene, by depositing a true copy of the same, enclosed in wrapper, via overnight mail under the exclusive care and custody of FedEx, and by electronic mail addressed to the following at the last known address set forth below:

To: Craig Whitney, Esq.
   Morrison & Foerster LLP
   1290 Avenue of the Americas
   New York, New York 10104

   And

   Michael J. Friedman, Esq.
   Winston & Strawn LLP
   200 Park Avenue
   New York, New York
   10166-4193

                   _____
                   Sharon H. Stern