Sharon Stern
TROUTMAN SANDERS LLP
405 Lexington Avenue
New York, New York 10174
Tel: (212) 704-6068
Fax: (212) 704-6288
Counsel for Dr. Anthony Cerami

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                            :      1:07-CV-05634-AKH-DFE
DR. ANTHONY CERAMI,
                                            :      **NOTICE OF APPEARANCE**
            Plaintiff,
                                            :
    -against-
                                            :
NOVARTIS AG and NOVARTIS VACCINES   :
AND DIAGNOSTICS, INC.,
            Defendants.             :
-----------------------------------------------------------x

PLEASE TAKE NOTICE, that Sharon Stern of Troutman Sanders LLP hereby appears as counsel for plaintiff in the above-captioned action. All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

Date: New York, New York
      December 14 , 2007

Respectfully submitted,

/s/ Sharon Stern
Troutman Sanders LLP
405 Lexington Avenue
New York, New York 10174

TO: Craig Whitney, Esq.
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104-0050

## CERTIFICATE OF SERVICE

I, Sharon Stern, hereby certify that on this day, December  , 2007, I caused a true and correct copy of the foregoing document to be served via e-mail upon the following:

Craig Whitney, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050

*Counsel for Novartis Vaccines and Diagnostics, Inc.*

/s/ Sharon Stern