# WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

99 GRESHAM STREET
LONDON EC2V 7NG

WRITER'S DIRECT DIAL
(212) 294-2608
mfriedman@winston.com

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

(212) 294-6700

FACSIMILE (212) 294-4700

DEC 14 2007   www.winston.com

399 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

25 AVENUE MARCEAU
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

1700 K STREET, N W
WASHINGTON, DC 20006-3817

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07

*Conf. adjourned to 12/20/07, 3:30 p.m.*
*12-17-07*
*/s/ AKH*

December 14, 2007

**BY FACSIMILE**

Hon. Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:     <u>Cerami v. Novartis</u>, No. 07 Civ. 5634 (AKH)

Dear Judge Hellerstein:

We represent proposed intervenor Abbott Laboratories in the above matter.

With the consent of all parties, we write to request that the conference scheduled for Tuesday, December 18, 2007 at 4:00 p.m., concerning Abbott's motion to intervene and for a protective order, be rescheduled to the afternoon of Thursday, December 20, 2007, at or after 3:00 p.m., due to a conflict on the undersigned's schedule (an appearance in Chicago on December 18).

Very truly yours,

Michael J. Friedman

cc:   Craig Whitney, Esq.
      Sharon Stern, Esq.
      Deborah Yeoh, Esq.

NY:1152708.1