UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DR. ANTHONY CERAMI,                           :   1:07-CV-05634-AKH-DFE

                Plaintiff,             :

                - against -            :

NOVARTIS AG and NOVARTIS VACCINES   :
AND DIAGNOSTICS, INC.,                        :

                Defendant.             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/08

## ORDER FOR ADMISSION *PRO HAC VICE* OF KEVIN E. WARNER ON WRITTEN MOTION

Upon the written motion of Michael J. Friedman, attorney for Proposed Intervenor Abbott Laboratories, and the accompanying Affidavit of Michael J. Friedman, dated December 13, 2007 and the exhibits annexed thereto:

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's name: | Kevin E. Warner |
| Firm name: | Winston & Strawn LLP |
| Address: | 35 West Wacker Drive |
| | Chicago, Illinois, 60601 |
| Telephone: | (312) 558-5600 |
| Facsimile: | (312) 558-5700 |
| Email: | kwarner@winston.com |

is admitted to practice *pro hac vice* as counsel for Proposed Intervenor Abbott Laboratories in the above-captioned action in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

If this action is assigned to the Electronic Case Filing ("ECF") system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: Jan 2, 2008
New York, New York

Honorable Alvin K. Hellerstein
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 13, 2007, I caused a copy of the foregoing:

1. **NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF KEVIN E. WARNER;**

2. **AFFIDAVIT OF MICHAEL J. FRIEDMAN IN SUPPORT OF MOTION FOR THE ADMISSION *PRO HACE VICE* OF KEVIN E. WARNER; and**

3. **[PROPOSED FORM OF] ORDER FOR ADMISSION *PRO HAC VICE* OF KEVIN E. WARNER ON WRITTEN MOTION (attached to Friedman Affidavit),**

to be served upon counsel by Fed Ex overnight mail delivery on the following individuals:

Grant Esposito, Esq.
Craig Whitney, Esq.
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, NY 10104
WKuhne@mofo.com
**Attorneys for Novartis AG and
Novartis Vaccines And Diagnostics, Inc.**

Barry J. Brett, Esq.
**TROUTMAN SANDERS, LLP**
405 Lexington Avenue
New York, NY 10174
Barry.brett@troutmansanders.com
**Attorneys for Dr. Anthony Cerami**

Dated: New York, New York
December 13, 2007

_____
Name
LANE H. LERNER

CHI:2017614.1