MORRISON & FOERSTER LLP
Rachel Krevans, *admitted pro hac vice*
415 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Stefan W. Engelhardt
Craig B. Whitney
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: (212) 468-8000
Facsimile: (212) 468-7900

*Attorneys for Defendant*
*Novartis Vaccines and Diagnostics, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

DR. ANTHONY CERAMI,

                Plaintiff,

        -against-

NOVARTIS AG and NOVARTIS VACCINES
AND DIAGNOSTICS, INC.,

                Defendants.

-------------------------------------------------------------------- x

07 CIV 5634-AKH-DFE

**NOTICE OF APPEARANCE**

**ECF CASE**

       PLEASE TAKE NOTICE that Stefan W. Engelhardt of the firm of Morrison & Foerster LLP hereby appears as counsel of record for Defendant Novartis Vaccines & Diagnostics, Inc. in this action.

| | |
|---|---|
| Dated: New York, New York<br>March 18, 2008 | MORRISON & FOERSTER LLP |

By:   s/ Stefan W. Engelhardt
Stefan W. Engelhardt
Craig B. Whitney
1290 Avenue of the Americas
New York, NY  10104-0050
(212) 468-8000

Rachel Krevans (*pro hac vice*)
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000

*Attorneys for Defendant*
*Novartis Vaccines and Diagnostics, Inc.*