

# TROUTMAN SANDERS LLP

ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

USDC SDNY
DOCUMENT
ELECTR...
DOC #:
DATE FILED 5/20/08

Barry J. Brett
barry.brett@troutmansanders.com

Direct Dial: 212-704-6216
Direct Fax: 212-704-6288

May 16, 2008

*[handwritten notations: Rejected for failure R. 2E. Excerpt will... 5-19-08 ... AKH]*

**By Federal Express**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re:    Cerami v. Novartis Vaccines and Diagnostics, Inc., 1:07-cv-05634-AKH-DFE

Dear Judge Hellerstein:

On behalf of the plaintiff Dr. Anthony Cerami, we hand delivered to the Court today a letter application regarding a discovery dispute for which we request Your Honor's direction.

A portion of Exhibit A to the letter was inadvertently not included in the materials that were sent to you (although they were included in the copies that were sent to opposing counsel and counsel for non-party Abbott).

We herewith enclose a letter with all exhibits that we ask you to substitute for that which was hand-delivered to Chambers today.

Respectfully submitted,

*Barry J. Brett [signature]*

Barry J. Brett

Enclosures

Cc:    Craig Whitney, Esq. - Morrison & Foerster

Kevin Warner, Esq.
Michael Friedman
Winston & Strawn

(Via Federal Express)

ATLANTA · HONG KONG · LONDON · NEW YORK · NEWARK · NORFOLK · RALEIGH
RICHMOND · SHANGHAI · TYSONS CORNER · VIRGINIA BEACH · WASHINGTON, D.C.