**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK
NEW YORK 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900
WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS


RECEIVED JUL 0 7 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

July 3, 2008

Writer's Direct Contact
212.468-8165
SEngelhardt@mofo.com

By Overnight Delivery

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

*The conference is adjourned to September 10, 2008, at 10:00 am. So ordered.*

*[signature] 7-7-08*

Re: Cerami v. Novartis Vaccines and Diagnostics, Inc., 1:07-cv-05634-AKH-DFE

Dear Judge Hellerstein:

The parties in the above-referenced matter write to request an adjournment of the status conference currently scheduled for August 13, 2008 until September 10, 2008. During the recent June 19, 2008 hearing, the Court scheduled a conference for August 13, and specified that the parties' lead trial counsel must be present at the conference. Unfortunately, Dennis Orr, Defendant's lead trial counsel in this matter, who was not present at the June 19 hearing, will be out of state and unavailable at that time. Accordingly, the parties have agreed to a mutually available date of September 10, and respectfully request the Court adjourn the August 13 conference to that date. No previous requests for adjournment of this conference have been made, and the adjournment does not affect any other dates currently scheduled in this matter.

We thank the Court for its attention to this matter.

Respectfully submitted,

[signature]

Stefan W. Engelhardt
Morrison & Foerster LLP
Attorneys for Defendant

Respectfully submitted,

[signature] Sharon H. Stern / SCE

Sharon H. Stern
Troutman Sanders LLP
Attorneys for Plaintiff

ny-822745

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08