BRADFORD J. BADKE
Jim.badke@ropesgray.com
JEANNE CURTIS
Jeanne.curtis@ropesgray.com
BRIAN P. BIDDINGER
Brian.biddinger@ropesgray.com
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036
Tel: (212) 596-9000
Fax: (212) 596-9090

Attorneys for non-party
BAYER HEALTHCARE LLC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/09
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DR. ANTHONY CERAMI,** | 1:07-CV-05634-AKH-DFE |
| Plaintiff, | |
| -against- | NOTICE OF MOTION |
| **NOVARTIS AG and NOVARTIS VACCINES AND DIAGNOSTICS, INC,** | |
| Defendants. | |

### NOTICE OF MOTION BY BAYER HEALTHCARE LLC
### FOR AN ORDER SEALING CONFIDENTIAL DOCUMENTS

*Motion denied as premature in light of indorsed order issued this day.*

3-3-09

/s/ Alvin K. Hellerstein

PLEASE TAKE NOTICE, that upon the Declaration of attorney Brian P. Biddinger dated March 3, 2009 and exhibits annexed thereto, and upon the accompanying memorandum of law, Bayer Healthcare LLC ("Bayer"), by and through its attorneys Ropes & Gray LLP, hereby moves this Court for an order pursuant to the December 27, 2007 Protective Order, Rule 26(c)(7), Fed. R. Civ. P., and this Court's Individual Practice Rule 4.A., sealing certain documents that Defendants Novartis AG and Novartis Vaccines and Diagnostics, Inc. (collectively "Novartis") intend to file in connection with a motion for summary judgment. The documents to be sealed are numbered as BAYER 1-64, 74-82, and 316-17.

                              Respectfully submitted,

Dated: March 3, 2009          By:   */s/ Jeanne Curtis*
                                    BRADFORD J. BADKE
                                    Jim.badke@ropesgray.com
                                    JEANNE CURTIS
                                    Jeanne.curtis@ropesgray.com
                                    BRIAN P. BIDDINGER
                                    Brian.biddinger@ropesgray.com
                                    ROPES & GRAY LLP
                                    1211 Avenue of the Americas
                                    New York, New York 10036
                                    Tel: (212) 596-9000

                                    Attorneys for non-party
                                    BAYER HEALTHCARE LLC

1